MINUTE ENTRY
DOSSIER, M.J.
July 11, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESTERN BANKERS CAPITAL, INC. | CIVIL ACTION |
| VERSUS | NO. 23-5124 |
| KIRTON McCONKIE, P.C. AND CHARLES PARKINSON LLOYD | SECTION: "O" (3) |

### ORDER

A telephone status conference was held on Friday, July 11, 2025.

PRESENT FOR:

    *Plaintiff*: Andrew Lewis Kramer; and

    *Defendants*: Kyle D. Schonekas and Joelle Flannigan Evans.

The parties discussed Defendants' Motion to Compel Discovery (R. Doc. 46).

**IT IS ORDERED** that the Motion to Compel (R. Doc. 46) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff provide the requested discovery responses, including written responses, documents, a verification for interrogatory answers, and a privilege log (if applicable) on or before **Tuesday, July 22, 2025**.

**IT IS FURTHER ORDERED** that oral argument, currently scheduled Tuesday, July 22, 2025, is **CANCELLED**.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:08